DECEMBER 8, 1949.

*Miscellaneous Order.*

No. 263, Misc.   IN RE ADAMSON.   Application for a stay of execution of the sentence of death denied.   MR. JUSTICE BLACK is of the opinion the application should be granted.

DECEMBER 12, 1949.*

*Per Curiam Decisions.*

No. 334.   UNITED STATES *v.* SHORELINE COOPERATIVE APARTMENTS, INC. ET AL.

*Per Curiam:* The judgment is reversed.   *Woods* v. *Miller Co.,* 333 U. S. 138.   *Solicitor General Perlman* argued the cause for the United States.   With him on the brief were *Robert L. Stern, Ed Dupree, Hugo V. Prucha* and *Nathan Siegel.   Mayer Goldberg* and *George S. Stansell* argued the cause for appellees.   *Mr. Goldberg* also filed a brief for the Shoreline Cooperative Apartments, Inc. et al., appellees.   *Kenart M. Rahn* was with *Mr. Stansell* on the brief for Lumsden et al., appellees.

No. 447.   LAND O'LAKES DAIRY CO. *v.* COUNTY OF WADENA ET AL.   *Per Curiam:* The motion to affirm is granted and the judgment is affirmed.   *S. R. A., Inc.* v. *Minnesota,* 327 U. S. 558; *Oklahoma Tax Comm'n* v. *Texas Co.,* 336 U. S. 342.   *Michael J. Doherty* and *Harold Jordan* for appellant.   *J. A. A. Burnquist,* Attorney General of Minnesota, *Geo. B. Sjoselius,* Deputy Attorney

---

*MR. JUSTICE DOUGLAS took no part in the consideration or decision of the cases in which orders or judgments were this day announced.